THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MOOMJY, Individually and On Behalf
of All Others Similarly Situated,

               Plaintiff,

    v.

HQ SUSTAINABLE MARITIME
INDUSTRIES, INC., NORBERT SPORNS,
JEAN-PIERRE DALLAIRE, LILLIAN WANG
LI, LADENBURG THALMANN & CO. INC.
and ROTH CAPITAL PARTNERS, LLC,

               Defendants.

Master Case No. 2:11-cv-00726-RSL

STIPULATION AND [PROPOSED]
ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE
MARITIME INDUSTRIES, INC.,
NORBERT SPORNS AND JEAN-PIERRE
DALLAIRE TO LEAD PLAINTIFFS
CLASS ACTION COMPLAINT

**NOTED ON MOTION CALENDAR:**

January 20, 2012

      WHEREAS, on April 28, 2011, Jason Moomjy, individually and on behalf of all others similarly situated, filed a Class Action Complaint (the "Complaint) against defendants HQ Sustainable Maritime Industries, Inc. ("HQ), Norbert Sporns, and Jean-Pierre Dallaire;

      WHEREAS, on November 14, 2011, the Court ordered Lead Plaintiff Trigon Emerging Agri-Sector Fund to file a consolidated complaint by November 22, 2011, and further ordered Defendants to answer, move to dismiss, or otherwise respond to the consolidated complaint within 60 days of its filing;

      WHEREAS, on November 22, 2011, Lead Plaintiff filed a Class Action Complaint

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1   (the "Lead Plaintiff Complaint"), which added Ladenburg Thalmann & Co. ("Ladenburg"), Roth

2   Capital Partners, LLC ("Roth"), and Lillian Wang Li as defendants;

3        WHEREAS, on January 5, 2012, the Trigon Fund and newly added defendants

4   Ladenburg and Roth filed a stipulated schedule for Ladenburg and Roth to answer, move or

5   otherwise respond to the Lead Plaintiff Complaint;

6        WHEREAS, on January 11, 2012, the Court approved the aforementioned stipulation

7   and ordered that:  (1) the time for Ladenburg and Roth to answer, move or otherwise respond

8   to the Lead Plaintiff Complaint shall be extended until February 7, 2012; (2) in the event that

9   Ladenburg and/or Roth move to dismiss or otherwise move in response to the Lead Plaintiff

10  Complaint, Lead Plaintiff shall have until March 30, 2012, to file papers in opposition to the

11  motion(s); and (3) Ladenburg and Roth shall have until April 25, 2012, to file reply papers in

12  support of their motion(s);

13       WHEREAS, in light of the intervening holidays, counsels' commitments in other

14  matters, and in an effort to coordinate the briefing schedules for all parties responding to the

15  Lead Plaintiff Complaint, Defendants HQ, Norbert Sporns and Jean-Pierre Dallaire seek a

16  brief extension of their deadline to answer, move to dismiss, or otherwise respond to the Lead

17  Plaintiff Complaint;

18       WHEREAS, counsel for Lead Plaintiff, HQ, Norbert Sporns and Jean-Pierre Dallaire

19  have conferred and agree that the deadline for HQ, Norbert Sporns and Jean-Pierre Dallaire to

20  respond to the Lead Plaintiff Complaint should be extended and synchronized with defendants

21  Ladenburg and Roth's pleading schedule;

22       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among

23  Lead Plaintiff, HQ, Norbert Sporns and Jean-Pierre Dallaire that:

24       1.     The time for HQ, Norbert Sporns and Jean-Pierre Dallaire to answer, move or

25  otherwise respond to the Lead Plaintiff Complaint shall be extended until February 7, 2012.

26       2.     In the event that HQ, Norbert Sporns and/or Jean-Pierre Dallaire move to

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1  dismiss or otherwise respond to the Lead Plaintiff Complaint, the Trigon Fund shall have until

2  March 30, 2012, to file papers in opposition to the motion(s).

3       3.     HQ, Norbert Sporns and Jean-Pierre Dallaire shall have until April 25, 2012, to

4  file any reply papers in support of their motion(s).

5       4.     Nothing in this Stipulation shall be construed as a waiver of any of HQ's,

6  Norbert Sporns's and Jean-Pierre Dallaire's rights or positions in law or in equity, or as a

7  waiver of any defenses that HQ, Norbert Sporns and Jean-Pierre Dallaire would otherwise

8  have, including, without limitation, jurisdictional defenses.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1   IT IS SO STIPULATED.

2   DATED this 20th day of January, 2012

3

4   COZEN O'CONNOR

5   BY:   */s/ Benjamin J. Stone*
            Benjamin J. Stone, Esq., WSBA #33436
6           1201 Third Avenue, Suite 5200
            Seattle, WA  98101
7           Phone:  (206) 373-7237; Fax:  (206) 621-8783

8           Robert W. Hayes, Esq. (*pro hac* admission)
            Peter M. Ryan, Esq. (*pro hac* admission)
9           Rachel H. Robbins, Esq. (*pro hac* admission)
            1900 Market Street
10          Philadelphia, PA  19103
            Phone:  (215) 665-2094; Fax:  (215) 665-2013
11
            *Counsel For Defendant*
12          *HQ Sustainable Maritime Industries, Inc.*

13

14   YARMUTH WILSDON CALFO PLLC

15

16   BY:   */s/ Jeremy E. Roller*
            Jeremy E. Roller, Esq., WSBA #32021
            Andrea Ostrovsky, Esq., WSBA #37749
17          818 Stewart Street, Suite 1400
            Seattle, WA 98101
18          Tel: (206) 516-3800

19          Thomas J. McCormack, Esq. (*pro hac* admission)
            Marc D. Ashley, Esq. (*pro hac* admission)
20          Marcelo M. Blackburn, Esq. (*pro hac* admission)
            CHADBOURNE & PARKE LLP
21          30 Rockefeller Plaza
            New York, NY 10112
22          Tel: (212) 408-5100; Fax: (212) 541-5369

23          *Counsel for Defendants Norbert Sporns*
            *and Jean-Pierre Dallaire*
24

25

26

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1

COHEN MILSTEIN SELLERS & TOLL, PLLC

2

3

BY:   */s/ Matthew B. Kaplan*
_____

4

Steven J. Toll, Esq. (*pro hac* admission)
Julie Goldsmith Reiser, Esq., WSBA #27485

5

Matthew B. Kaplan, Esq. (*pro hac* admission)
1100 New York Avenue, N.W.

Suite 500, West Tower

6

Washington, DC 20005
Tel: (202) 408-4600; Fax: (206) 408-4699

7

8

*Lead Counsel for the Proposed Class*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1

### [PROPOSED] ORDER

2      Having considered the Stipulation among Lead Plaintiff the Trigon Emerging Agri-

3  Sector Fund ('the Trigon Fund') and defendants HQ Sustainable Maritime Industries, Inc.

4  ('HQ'), Norbert Sporns and Jean-Pierre Dallaire, IT IS HEREBY ORDERED that:

5      1.    The time for HQ, Norbert Sporns and Jean-Pierre Dallaire to answer, move or

6  otherwise respond to the Lead Plaintiff Complaint shall be extended until February 7, 2012.

7      2.    In the event that HQ, Norbert Sporns and/or Jean-Pierre Dallaire move to

8  dismiss or otherwise respond to the Lead Plaintiff Complaint, the Trigon Fund shall have until

9  March 30, 2012, to file papers in opposition to the motion(s).

10     3.    HQ, Norbert Sporns and Jean-Pierre Dallaire shall have until April 25, 2012, to

11  file any reply papers in support of their motion(s).

12     4.    Nothing in the parties' stipulation shall be construed as a waiver of any of HQ's,

13  Norbert Sporns's and Jean-Pierre Dallaire's rights or positions in law or in equity, or as a

14  waiver of any defenses that HQ, Norbert Sporns and Jean-Pierre Dallaire would otherwise

15  have, including, without limitation, jurisdictional defenses.

16
   IT IS SO ORDERED this _____ day of _____, 2012.

17

18

19                                    _____
                                      THE HONORABLE ROBERT S. LASNIK

20                                    *United States District Judge*

21

22

23

24

25

26

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 6

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1    Presented by:

2    COZEN O'CONNOR

3    BY:   */s/ Benjamin J. Stone*
4           Benjamin J. Stone, Esq., WSBA #33436
            1201 Third Avenue, Suite 5200
5           Seattle, WA  98101
            Phone:  (206) 373-7237; Fax:  (206) 621-8783
6
            Robert W. Hayes, Esq. (*pro hac* admission)
7           Peter M. Ryan, Esq. (*pro hac* admission)
            Rachel H. Robbins, Esq. (*pro hac* admission)
8           1900 Market Street
            Philadelphia, PA  19103
9           Phone:  (215) 665-2094; Fax:  (215) 665-2013

10          *Counsel For Defendant*
            *HQ Sustainable Maritime Industries, Inc.*

11

12   YARMUTH WILSDON CALFO PLLC

13

14   BY:   */s/ Jeremy E. Roller*
            Jeremy E. Roller, Esq., WSBA #32021
15          Andrea Ostrovsky, Esq., WSBA #37749
            818 Stewart Street, Suite 1400
16          Seattle, WA 98101
            Tel: (206) 516-3800
17
            Thomas J. McCormack, Esq. (*pro hac* admission)
18          Marc D. Ashley, Esq. (*pro hac* admission)
            Marcelo M. Blackburn, Esq. (*pro hac* admission)
19          CHADBOURNE & PARKE LLP
            30 Rockefeller Plaza
20          New York, NY 10112
            Tel: (212) 408-5100; Fax: (212) 541-5369
21
            *Counsel for Defendants Norbert Sporns*
22          *and Jean-Pierre Dallaire*

23

24

25

26

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 7

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1

2     COHEN MILSTEIN SELLERS & TOLL, PLLC

3     BY:    */s/ Matthew B. Kaplan*
4              Steven J. Toll, Esq. (*pro hac* admission)
               Julie Goldsmith Reiser, Esq., WSBA #27485
               Matthew B. Kaplan, Esq. (*pro hac* admission)
5              1100 New York Avenue, N.W.
               Suite 500, West Tower
6              Washington, DC 20005
               Tel: (202) 408-4600; Fax: (206) 408-4699
7
               *Lead Counsel for the Proposed Class*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROP.] ORDER REGARDING RESPONSE OF
DEFENDANTS HQ SUSTAINABLE MARITIME INDUS., INC., NORBERT
SPORNS AND JEAN-PIERRE DALLAIRE TO LEAD PLAINTIFF'S
CLASS ACTION COMPLAINT (No. 2:11-cv-00726 RSL) - 8

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000