The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTION TO DISMISS<br><br>**NOTE ON MOTION CALENDAR:**<br><br>May 24, 2012 |

WHEREAS Defendants in this case filed motions to dismiss (Dkt. Nos. 109, 111, and 115) on February 7, 2012;

WHEREAS on March 13, 2012, the Parties filed a Stipulation and Order extending the time for Lead Plaintiff to file its opposition to those motions from March 30, 2012 until May 25, 2012 (and for Defendants to file their Replies from April 25, 2012 to June 25, 2012), because the Parties had scheduled a mediation session in New York on April 24-25, 2012;

WHEREAS the Parties held that mediation session in late April with Mediator Jed Melnick, and there are continuing conversations to see if the Parties can reach a negotiated settlement;

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 1
1451319.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

WHEREAS the Parties hope to conserve resources spent litigating this action, and the mediation process may still possibly result in a negotiated settlement to this litigation;

WHEREAS briefing on the motions to dismiss will become moot if this lawsuit is settled, provided that any such settlement is approved by the Court;

WHEREAS the Parties believe it is worth one final extension of three weeks to determine if this case can be resolved;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties that:

1. The time for Lead Plaintiff to file an opposition to the motions to dismiss should be extended from May 25, 2012 until June 15, 2012.

2. The time for HQ Sustainable Maritime Industries, Inc., Norbert Sporns, Jean-Pierre Dallaire, Ladenburg Thalmann & Co. and Roth Capital Partners, LLC to file replies in further support of their motions to dismiss should be extended from June 25, 2012 to July 18, 2012.

3. The motions to dismiss should be re-noted for July 20, 2012.

DATED this 24th day of May, 2012.   KELLER ROHRBACK L.L.P.

/s/ Elizabeth A. Leland
Lynn Lincoln Sarko, WSBA # 16569
Juli E. Farris, WSBA #17593
Elizabeth A. Leland, WSBA # 23433
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
***Liaison Counsel for the Proposed Class***

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 2
1451319.1 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

| | |
|---|---|
| 1 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 2 | Steven J. Toll |
|   | Julie G. Reiser, WSBA #27485 |
| 3 | 1100 New York Avenue, N.W. |
| 4 | Suite 500, West Tower |
|   | Washington, D.C.  20005 |
| 5 | Telephone:  (202) 408-4600 |
|   | *Lead Counsel for the Proposed Class* |
| 6 | |
| 7 | COZEN O'CONNOR |
| 8 | /s/ Benjamin J. Stone |
|   | Benjamin J. Stone |
| 9 | 1201 Third Avenue, Suite 5200 |
|   | Seattle, WA  98101-3071 |
| 10 | Telephone:  (206) 373-7237 |
| 11 | Email:  bstone@cozen.com |
| 12 | Robert Hayes |
|   | Rachel Robbins |
| 13 | Peter M. Ryan |
|   | Cozen O'Connor |
| 14 | 1900 Market Street |
| 15 | Philadelphia, PA  19103 |
|   | Telephone:  (215) 665-2000 |
| 16 | *Counsel for Defendant HQ Sustainable Maritime Industries, Inc.* |
| 17 | |
| 18 | YARMUTH WILSDON CALFO PLLC |
| 19 | /s/ Jeremy E. Roller |
| 20 | Jeremy E. Roller, WSBA No. 32021 |
|    | Andrea Ostrovsky, WSBA No. 37749 |
| 21 | 818 Stewart Street, Suite 1400 |
|    | Seattle, WA 98101 |
| 22 | Telephone: (206) 516-3800 |
| 23 | jroller@yarmuth.com |
|    | aostrovsky@yarmuth.com |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 3
1451319.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1
2
3
4
5
6
7
8

CHADBOURNE & PARKE LLP
Thomas J. McCormack
Marc D. Ashley
Marcelo M. Blackburn
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
tmccormack@chadbourne.com
mashley@chadbourne.com
mblackburn@chadbourne.com
*Counsel for Defendants Norbert Sporns and Jean-Pierre Dallaire*

9
10
11
12
13
14
15

SAVITT BRUCE & WILLEY LLP

/s/ James P. Savitt
James P. Savitt, WSBA #16847
Miles A. Yanick, WSBA #26603
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
jsavitt@jetcitylaw.com
myanick@jetcitylaw.com
*Counsel for Defendants Ladenburg Thalmann & Co. and Roth Capital Partners, LLC*

16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 4
1451319.1 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the deadline for the Lead Plaintiff to file an opposition to the currently pending motions to dismiss the consolidated complaint in this action (Dkt. Nos. 109, 111, and 115) is extended until June 15, 2012. The Defendants who filed these motions to dismiss shall have until July 18, 2012 to file any replies in further support of these motions. The motions to dismiss shall be re-noted for July 20, 2012. There shall be no further extensions on briefing of the motions to dismiss.

DATED: This _____ day of _____, 2012.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 5
1451319.1 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com, cengle@kellerrohrback.com

James P Savitt jsavitt@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, kriley@jetcitylaw.com, mgranger@jetcitylaw.com, mlochnicht@jetcitylaw.com, tcowden@jetcitylaw.com

Kenneth Lee Karlberg ken@karlberglaw.com

Elizabeth Ann Leland bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

William R Spurr bill@williamrspurr.com

Karl Phillip Barth karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Juli E. Farris jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Dan Drachler ddrachler@zsz.com

Erin Maura Riley eriley@kellerrohrback.com, chopkins@kellerrohrback.com

Jeremy E Roller jroller@yarmuth.com, smeyer@yarmuth.com

Benjamin J Stone bstone@cozen.com, mstone@cozen.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

Robert W Hayes rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

Andrea Delgadillo Ostrovsky aostrovsky@yarmuth.com, sstephens@yarmuth.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Rachel Robbins rrobbins@cozen.com, ecosden@cozen.com

Peter M. Ryan pryan@cozen.com, kduffy@cozen.com

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 6
1451319.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

Thomas J. McCormack tmccormack@chadbourne.com

Marc D Ashley mashley@chadbourne.com

Marcelo Blackburn mblackburn@chadbourne.com

Mary K. Blasy mblasy@scott-scott.com, efile@scott-scott.com

Stephen L. Brodsky sbrodsky@zsz.com

/s/ Elizabeth A. Leland
Elizabeth A. Leland

STIPULATION AND [PROPOSED] ORDER TIME TO FILE BRIEFING ON MOTION TO DISMISS (11-726-RSL) – Page 7
1451319.1 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600