THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE,<br><br>Defendants. | Case No.: 2:11-cv-00726-RSL<br><br>NOTICE OF APPEARANCE |

TO:              THE CLERK OF THE COURT

AND TO:      ALL COUNSEL OF RECORD.

PLEASE TAKE NOTICE that the undersigned, Michael D. Handler, with Cozen O'Connor, 1201 Third Avenue, Suite 5200, Seattle, Washington 98101, hereby appears as local counsel of record for defendant HQ Sustainable Maritime Industries, Inc.  Please note that Cozen O'Connor attorneys Robert Hayes, Rachel Robbins and Peter Ryan, who were previously admitted pro hac vice, will continue as counsel of record for the defendant and you are notified that service of all other further pleadings, notices, documents or other papers herein, exclusive of original process, may be had upon said defendant by serving the undersigned attorneys of record at the address below stated.

NOTICE OF APPEARANCE- 1
Case No.: 2:11-cv-00726-RSL

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1  DATED this 15th day of June, 2012.

2                                              COZEN O'CONNOR

3

4                                              By:  */s/ Michael D. Handler*
                                                    Michael D. Handler, WSBA No. 25654
5
   Cozen O'Connor
6  1201 Third Avenue
   Suite 5200
7  Seattle, Washington  98101
   Telephone: 206.340.1000
8  Toll Free Phone: 800.423.1950
   Facsimile: 206.621.8783
9  Email:  mhandler@cozen.com

10 Robert W. Hayes, Esq. (pro hac admission)
   Peter M. Ryan, Esq. (pro hac admission)
11 Rachel H. Robbins, Esq. (pro hac admission)
   1900 Market Street
12 Philadelphia, PA  19103
   Phone:  215-665-2094
13 Fax:  215-665-2013
   Email: rhayes@cozen.com
14         pryan@cozen.com
           rrobbins@cozen.com
15
   Attorneys for HQ Sustainable Maritime
16 Industries, Inc., Defendants

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE- 2
Case No.: 2:11-cv-00726-RSL

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt.

DATED this 15th day of June, 2012.

By: *Marcella R. Stone*
Marcella R. Stone, Legal Assistant to
Michael D. Handler

SEATTLE\1351376\1 283570.000

NOTICE OF APPEARANCE- 3
Case No.: 2:11-cv-00726-RSL

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000