1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MOOMJY, Individually and On Behalf
of All Others Similarly Situated,

                    Plaintiff,

          v.

HQ SUSTAINABLE MARITIME
INDUSTRIES, INC., NORBERT SPORNS
and JEAN-PIERRE DALLAIRE, *et al.*

                    Defendants.

Case No. 2:11-cv-00726-RSL

CLASS ACTION

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO FILE
BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT PROGRESS

**NOTE ON MOTION CALENDAR:**

June 15, 2012

        WHEREAS Defendants in this case filed motions to dismiss (Dkt. Nos. 109, 111, and

115) on February 7, 2012 (the "Motions to Dismiss");

        WHEREAS on March 13, 2012, the Parties filed a Stipulation and Order extending the

time for Lead Plaintiff to file its opposition to the Motions to Dismiss from March 30, 2012 until

May 25, 2012 (and for Defendants to file their replies from April 25, 2012 to June 25, 2012),

because the Parties had scheduled a mediation session with mediator Jed Melnick in New York

on April 24-25, 2012;

        WHEREAS by stipulation and order, the deadlines for the Lead Plaintiff's opposition to

the Motions to Dismiss and Defendants' replies thereto were subsequently extended to June 15,

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE BRIEFING ON
MOTIONS TO DISMISS IN LIGHT OF
SETTLEMENT PROGRESS  (11-726-RSL)
– Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

2012 and July 18, 2012, respectively, and the motions were re-noted for July 20, 2012 (Dkt. No. 124), with no further adjournments as the Parties anticipated that there would be no need for any further adjournments;

WHEREAS the Parties originally participated in  mediation sessions on April 24-25, 2012, and, as a result of subsequent arm's-length negotiations have recently made substantial progress toward reaching an agreement to settle this action and, since the last adjournment, have resolved several key issues for purposes of the settlement;

WHEREAS the Parties are commencing the process of preparing drafts of the settlement agreement and papers related to preliminary approval of the settlement, notice to the class, and the hearing for final approval of the settlement, including a proposed schedule for settlement-related dates and deadlines;

WHEREAS further extending the time to file additional briefing on the motions to dismiss would conserve the resources of the Parties and the Court and allow the Parties to continue the significant efforts they have expended since the prior adjournment toward reaching an agreement to settle this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties that:

1.      The time for Lead Plaintiff to file an opposition to the motions to dismiss should be extended from June 15, 2012 until August 3, 2012.

2.      The time for HQ Sustainable Maritime Industries, Inc., Norbert Sporns, Jean-Pierre Dallaire, Ladenburg Thalmann & Co. and Roth Capital Partners, LLC to file replies in further support of their motions to dismiss should be extended from July 18, 2012 until September 7, 2012.

3.      The motions to dismiss should be re-noted for September 7, 2012.

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

1       4.   The Parties should be directed to file a status report with the Court within thirty

2   (30) days.

3   DATED:  June 15, 2012                  KELLER ROHRBACK L.L.P.

4                                               /s/ Elizabeth A. Leland

5                        Lynn Lincoln Sarko, WSBA # 16569
                     Juli E. Farris, WSBA #17593

6                        Elizabeth A. Leland, WSBA # 23433
                     1201 Third Avenue, Suite 3200

7                        Seattle, WA  98101-3052
                     Telephone:  (206) 623-1900

8                        ***Liaison Counsel for the Proposed Class***

9                        COHEN MILSTEIN SELLERS & TOLL PLLC

10                       Steven J. Toll
                     Julie G. Reiser, WSBA #27485

11                       1100 New York Avenue, N.W.
                     Suite 500, West Tower

12                       Washington, D.C.  20005
                     Telephone:  (202) 408-4600

13                       ***Lead Counsel for the Proposed Class***

14

15                       COZEN O'CONNOR

16                       /s/ Benjamin J. Stone

17                       Benjamin J. Stone
                     1201 Third Avenue, Suite 5200

18                       Seattle, WA  98101-3071
                     Telephone:  (206) 373-7237

19                       Email:  bstone@cozen.com

20                       Robert Hayes

21                       Rachel Robbins
                     Peter M. Ryan

22                       Cozen O'Connor
                     1900 Market Street

23                       Philadelphia, PA  19103
                     Telephone:  (215) 665-2000

24                       ***Counsel for Defendant HQ Sustainable Maritime***

25                       ***Industries, Inc.***

26

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

1

YARMUTH WILSDON CALFO PLLC

2

/s/ Jeremy E. Roller

3

Jeremy E. Roller, WSBA No. 32021
Andrea Ostrovsky, WSBA No. 37749

4

818 Stewart Street, Suite 1400
Seattle, WA 98101

5

Telephone: (206) 516-3800

6

jroller@yarmuth.com
aostrovsky@yarmuth.com

7

CHADBOURNE & PARKE LLP

8

Thomas J. McCormack
Marc D. Ashley

9

Marcelo M. Blackburn

10

30 Rockefeller Plaza
New York, NY 10112

11

Telephone:  (212) 408-5100
tmccormack@chadbourne.com

12

mashley@chadbourne.com
mblackburn@chadbourne.com

13

***Counsel for Defendants Norbert Sporns and Jean-
Pierre Dallaire***

14

15

SAVITT BRUCE & WILLEY LLP

16

/s/ James P. Savitt

17

James P. Savitt, WSBA #16847
Miles A. Yanick, WSBA #26603

18

1425 Fourth Avenue, Suite 800

19

Seattle, WA 98101-2272
jsavitt@jetcitylaw.com

20

myanick@jetcitylaw.com

21

***Counsel for Defendants Ladenburg Thalmann &
Co. and Roth Capital Partners, LLC***

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE BRIEFING ON
MOTIONS TO DISMISS IN LIGHT OF
SETTLEMENT PROGRESS  (11-726-RSL)
– Page 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that in light of the parties' progress toward settlement of this action, and to conserve the resources of the Parties and the Court, the deadline for the Lead Plaintiff to file an opposition to the pending motions to dismiss the consolidated complaint in this action (Dkt. Nos. 109, 111, and 115) is extended until August 3, 2012.  The Defendants shall have until September 7, 2012 to file any replies in further support of their motions to dismiss. The motions to dismiss shall be re-noted for September 7, 2012.  The parties are directed to file a status report with the Court within thirty (30) days.

DATED: This _____ day of _____, 2012.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE BRIEFING ON
MOTIONS TO DISMISS IN LIGHT OF
SETTLEMENT PROGRESS  (11-726-RSL)
– Page 5

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com, cengle@kellerrohrback.com

James P Savitt jsavitt@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, kriley@jetcitylaw.com, mgranger@jetcitylaw.com, mlochnicht@jetcitylaw.com, tcowden@jetcitylaw.com

Kenneth Lee Karlberg ken@karlberglaw.com

Elizabeth Ann Leland bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

William R Spurr bill@williamrspurr.com

Karl Phillip Barth karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Juli E. Farris jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Dan Drachler ddrachler@zsz.com

Erin Maura Riley eriley@kellerrohrback.com, chopkins@kellerrohrback.com

Jeremy E Roller jroller@yarmuth.com, smeyer@yarmuth.com

Benjamin J Stone bstone@cozen.com, mstone@cozen.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

Robert W Hayes rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

Andrea Delgadillo Ostrovsky aostrovsky@yarmuth.com, sstephens@yarmuth.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Rachel Robbins rrobbins@cozen.com, ecosden@cozen.com

Peter M. Ryan pryan@cozen.com, kduffy@cozen.com

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE BRIEFING ON
MOTIONS TO DISMISS IN LIGHT OF
SETTLEMENT PROGRESS  (11-726-RSL)
– Page 6

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

Thomas J. McCormack tmccormack@chadbourne.com

Marc D Ashley mashley@chadbourne.com

Marcelo Blackburn mblackburn@chadbourne.com

Mary K. Blasy mblasy@scott-scott.com, efile@scott-scott.com

Stephen L. Brodsky sbrodsky@zsz.com

/s/ Elizabeth A. Leland
Elizabeth A. Leland

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE BRIEFING ON
MOTIONS TO DISMISS IN LIGHT OF
SETTLEMENT PROGRESS  (11-726-RSL)
– Page 7

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600