THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-00726-RSL<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FOR HQ SUSTAINABLE MARITIME INDUSTRIES, INC. |

TO:         THE CLERK OF THE COURT

AND TO:   ALL COUNSEL OF RECORD.

　　　PLEASE TAKE NOTICE that the undersigned, Benjamin J. Stone, hereby withdraws as local counsel of record for defendant HQ Sustainable Maritime Industries, Inc.  Please note that Cozen O'Connor attorneys Robert Hayes, Rachel Robbins and Peter Ryan, who were previously admitted pro hac vice, will continue as counsel of record for defendant.

//

//

//

//

NOTICE OF WITHDRAWAL OF ATTORNEY
FOR HQ SUSTAINABLE MARITIME INDUSTRIES, INC. - 1
Case No. 2:11-cv-00726-RSL

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1 DATED this 15th day of June, 2012.

2                                                      COZEN O'CONNOR

4                                         By: */s/ Benjamin J. Stone*
                                              Benjamin J. Stone, WSBA No. 33436
5                                             E-mail:   bstone@cozen.com

6                                         Withdrawing Attorney for Defendant
                                          HQ Sustainable Maritime Industries, Inc.

8                                         1201 Third Avenue
                                          Suite 5200
                                          Seattle, WA  98101
9                                         Telephone: 206.340.1000
                                          Toll Free Phone: 1.800.423.1950
10                                        Facsimile: 206.621.8783

11                                        Robert W. Hayes, Esq. (pro hac admission)
                                          Peter M. Ryan, Esq. (pro hac admission)
12                                        Rachel H. Robbins, Esq. (pro hac admission)
                                          1900 Market Street
13                                        Philadelphia, PA  19103
                                          Phone:  215-665-2094
14                                        Fax:  215-665-2013

15                                        Attorneys for Defendant
                                          HQ Sustainable Maritime Industries, Inc.

NOTICE OF WITHDRAWAL OF ATTORNEY
FOR HQ SUSTAINABLE MARITIME INDUSTRIES, INC. - 2
Case No. 2:11-cv-00726-RSL

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties indicated on the electronic filing receipt.

DATED this 15th day of June, 2012.

By: *Marcella R. Stone*
Marcella R. Stone, Legal Assistant to
Benjamin J. Stone

SEATTLE\1351922\1 283570.000

NOTICE OF WITHDRAWAL OF ATTORNEY
FOR HQ SUSTAINABLE MARITIME INDUSTRIES, INC. - 3
Case No. 2:11-cv-00726-RSL

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000