The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS<br><br>**NOTE ON MOTION CALENDAR:**<br><br>June 18, 2012 |

WHEREAS Defendants in this case filed motions to dismiss (Dkt. Nos. 109, 111, and 115) on February 7, 2012 (the "Motions to Dismiss");

WHEREAS on March 13, 2012, the Parties filed a Stipulation and Order extending the time for Lead Plaintiff to file its opposition to the Motions to Dismiss from March 30, 2012 until May 25, 2012 (and for Defendants to file their replies from April 25, 2012 to June 25, 2012), because the Parties had scheduled a mediation session with mediator Jed Melnick in New York on April 24-25, 2012;

WHEREAS by stipulation and order, the deadlines for the Lead Plaintiff's opposition to the Motions to Dismiss and Defendants' replies thereto were subsequently extended to June 15,

STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS (11-726-RSL) – Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

2012 and July 18, 2012, respectively, and the motions were re-noted for July 20, 2012 (Dkt. No. 124), with no further adjournments as the Parties anticipated that there would be no need for any further adjournments;

WHEREAS the Parties originally participated in mediation sessions on April 24-25, 2012, and, as a result of subsequent arm's-length negotiations have recently made substantial progress toward reaching an agreement to settle this action and, since the last adjournment, have resolved several key issues for purposes of the settlement;

WHEREAS the Parties are commencing the process of preparing drafts of the settlement agreement and papers related to preliminary approval of the settlement, notice to the class, and the hearing for final approval of the settlement, including a proposed schedule for settlement-related dates and deadlines;

WHEREAS further extending the time to file additional briefing on the motions to dismiss would conserve the resources of the Parties and the Court and allow the Parties to continue the significant efforts they have expended since the prior adjournment toward reaching an agreement to settle this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties that:

1. The time for Lead Plaintiff to file an opposition to the motions to dismiss should be extended from June 15, 2012 until August 3, 2012.

2. The time for HQ Sustainable Maritime Industries, Inc., Norbert Sporns, Jean-Pierre Dallaire, Ladenburg Thalmann & Co. and Roth Capital Partners, LLC to file replies in further support of their motions to dismiss should be extended from July 18, 2012 until September 7, 2012.

3. The motions to dismiss should be re-noted for September 7, 2012.

STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS (11-726-RSL) – Page 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

4. The Parties should be directed to file a status report with the Court within thirty (30) days.

DATED: June 18, 2012

KELLER ROHRBACK L.L.P.

/s/ Elizabeth A. Leland
Lynn Lincoln Sarko, WSBA # 16569
Juli E. Farris, WSBA #17593
Elizabeth A. Leland, WSBA # 23433
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
*Liaison Counsel for the Proposed Class*

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Julie G. Reiser, WSBA #27485
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
*Lead Counsel for the Proposed Class*

COZEN O'CONNOR

/s/ Benjamin J. Stone
Benjamin J. Stone
1201 Third Avenue, Suite 5200
Seattle, WA 98101-3071
Telephone: (206) 373-7237
Email: bstone@cozen.com

Robert Hayes
Rachel Robbins
Peter M. Ryan
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
*Counsel for Defendant HQ Sustainable Maritime Industries, Inc.*

STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS (11-726-RSL) – Page 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

YARMUTH WILSDON CALFO PLLC

/s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
Andrea Ostrovsky, WSBA No. 37749
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
jroller@yarmuth.com
aostrovsky@yarmuth.com

CHADBOURNE & PARKE LLP
Thomas J. McCormack
Marc D. Ashley
Marcelo M. Blackburn
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
tmccormack@chadbourne.com
mashley@chadbourne.com
mblackburn@chadbourne.com
*Counsel for Defendants Norbert Sporns and Jean-Pierre Dallaire*


SAVITT BRUCE & WILLEY LLP

/s/ James P. Savitt
James P. Savitt, WSBA #16847
Miles A. Yanick, WSBA #26603
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
jsavitt@jetcitylaw.com
myanick@jetcitylaw.com
*Counsel for Defendants Ladenburg Thalmann & Co. and Roth Capital Partners, LLC*

STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS (11-726-RSL) – Page 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

**ORDER**

IT IS HEREBY ORDERED that in light of the parties' progress toward settlement of this action, and to conserve the resources of the Parties and the Court, the deadline for the Lead Plaintiff to file an opposition to the pending motions to dismiss the consolidated complaint in this action (Dkt. Nos. 109, 111, and 115) is extended until August 3, 2012. The Defendants shall have until September 7, 2012 to file any replies in further support of their motions to dismiss. The motions to dismiss shall be re-noted for September 7, 2012. The parties are directed to file a status report with the Court within thirty (30) days.

DATED this 18th day of June, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS (11-726-RSL) – Page 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600