Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MOOMJY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS<br><br>**NOTE ON MOTION CALENDAR**:<br>August 3, 2012 |

WHEREAS Defendants in this case filed motions to dismiss (Dkt. Nos. 109, 111, and 115) on February 7, 2012 (the "Motions to Dismiss");

WHEREAS on March 13, 2012, the Parties filed a Stipulation and Order extending the time for Lead Plaintiff to file its opposition to the Motions to Dismiss from March 30, 2012, until May 25, 2012 (and for Defendants to file their replies from April 25, 2012 to June 25, 2012), because the Parties had scheduled a mediation session with mediator Jed Melnick in New York on April 24-25, 2012;

WHEREAS by stipulations and orders dated May 25, 2012, and June 18, 2012, the Court ordered that the deadlines for Lead Plaintiff's opposition to the Motions to Dismiss

STIP AND [PROP] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS – Page 1
(No. 11-726-RSL)



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1  and Defendants' replies thereto be extended at the parties' request in order to permit them
2  to continue settlement negotiations. Lead Plaintiff's opposition to the Motions to Dismiss
3  and Defendants' replies thereto are now due on August 3, 2012, and September 7, 2012,
4  respectively, and the motions have been re-noted for September 7, 2012 (Dkt. No. 128);

5  WHEREAS as a result of the mediation and settlement discussions that occurred
6  during the months following mediation, which were described in the stipulations filed by
7  counsel for the parties on May 24, 2012 (Dkt. No. 123) and June 15, 2012 (Dkt. No. 126),
8  the parties have made substantial progress toward reaching an agreement to settle all claims
9  in this case;

10  WHEREAS since June 15, 2012, the parties have continued to make progress
11  toward resolving this action, including with respect to the ongoing process of preparing
12  drafts of the settlement agreement and papers related to preliminary approval of the
13  settlement, notice to the class, and the hearing for final approval of the settlement;

14  WHEREAS once the settlement process has been completed, Lead Plaintiff will file
15  a motion requesting that the Court preliminarily approve the settlement, approve the notice
16  to be disseminated to class members, and set a date for a hearing to consider the fairness
17  and adequacy of the proposed settlement;

18  WHEREAS, despite diligent efforts, the parties have been unable to finalize the
19  settlement documents for filing before the current August 3, 2012 deadline for Lead
20  Plaintiff's opposition to the motions to dismiss;

21  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
22  among the Parties that:

23  1.    The time for Lead Plaintiff to file an opposition to the motions to dismiss
24  should be extended from August 3, 2012, until September 14, 2012.

25  2.    The time for HQ Sustainable Maritime Industries, Inc., Norbert Sporns,
26  Jean-Pierre Dallaire, Ladenburg Thalmann & Co. and Roth Capital Partners, LLC to file

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT PROGRESS – Page 2
(No. 11-726-RSL)

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

replies in further support of their motions to dismiss should be extended from September 7, 2012, until October 19, 2012.

3. The motions to dismiss should be re-noted for October 19, 2012.

DATED: August 3, 2012

KELLER ROHRBACK L.L.P.

/s/ Elizabeth A. Leland
Lynn Lincoln Sarko, WSBA # 16569
Juli E. Farris, WSBA #17593
Elizabeth A. Leland, WSBA # 23433
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
***Liaison Counsel for the Proposed Class***

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Julie G. Reiser, WSBA #27485
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
***Lead Counsel for the Proposed Class***

COZEN O'CONNOR

/s/ Michael D. Handler
Michael D. Handler, WSBA #25654
1201 Third Avenue, Suite 5200
Seattle, WA 98101-3071
Telephone: (206) 808-7839

STIP AND [PROP] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS – Page 3
(No. 11-726-RSL)

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800 F 206.516.3888

| | |
|---|---|
| 1 | Robert Hayes |
| | Rachel Robbins |
| 2 | Peter M. Ryan |
| | Cozen O'Connor |
| 3 | 1900 Market Street |
| | Philadelphia, PA  19103 |
| 4 | Telephone:  (215) 665-2000 |
| 5 | *Counsel for Defendant HQ Sustainable Maritime Industries, Inc.* |
| 6 | YARMUTH WILSDON PLLC |
| 7 | /s/ Jeremy E. Roller |
| | Jeremy E. Roller, WSBA No. 32021 |
| 8 | 818 Stewart Street, Suite 1400 |
| | Seattle, WA 98101 |
| 9 | Telephone: (206) 516-3800 |
| | jroller@yarmuth.com |
| 10 | |
| 11 | CHADBOURNE & PARKE LLP |
| | Thomas J. McCormack |
| 12 | Marc D. Ashley |
| | Marcelo M. Blackburn |
| 13 | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| 14 | Telephone:  (212) 408-5100 |
| | tmccormack@chadbourne.com |
| 15 | mashley@chadbourne.com |
| | mblackburn@chadbourne.com |
| 16 | *Counsel for Defendants Norbert Sporns and Jean-Pierre Dallaire* |
| 17 | SAVITT BRUCE & WILLEY LLP |
| 18 | /s/ James P. Savitt |
| 19 | James P. Savitt, WSBA #16847 |
| | Miles A. Yanick, WSBA #26603 |
| 20 | 1425 Fourth Avenue, Suite 800 |
| | Seattle, WA 98101-2272 |
| 21 | jsavitt@jetcitylaw.com |
| | myanick@jetcitylaw.com |
| 22 | *Counsel for Defendants Ladenburg Thalmann & Co. and Roth Capital Partners, LLC* |

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT PROGRESS – Page 4
(No. 11-726-RSL)



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that in light of the parties' progress toward settlement of this action, and to conserve the resources of the Parties and the Court, the deadline for the Lead Plaintiff to file an opposition to the pending motions to dismiss the consolidated complaint in this action (Dkt. Nos. 109, 111, and 115) is extended until September 14, 2012. The Defendants shall have until October 19, 2012, to file any replies in further support of their motions to dismiss. The motions to dismiss shall be re-noted for October 19, 2012.

DATED: This _____ day of _____, 2012.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIP AND [PROP] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS – Page 5
(No. 11-726-RSL)

Yarmuth Wilsdon PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com, cengle@kellerrohrback.com

James P Savitt jsavitt@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, kriley@jetcitylaw.com, mgranger@jetcitylaw.com, mlochnicht@jetcitylaw.com, tcowden@jetcitylaw.com

Kenneth Lee Karlberg ken@karlberglaw.com

Elizabeth Ann Leland bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

William R Spurr bill@williamrspurr.com

Karl Phillip Barth karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Juli E. Farris jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Dan Drachler ddrachler@zsz.com

Erin Maura Riley eriley@kellerrohrback.com, chopkins@kellerrohrback.com

Jeremy E Roller jroller@yarmuth.com, sstephens@yarmuth.com

Michael D. Handler mhandler@cozen.com

Benjamin J Stone bstone@cozen.com, mstone@cozen.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

Robert W Hayes rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Rachel Robbins rrobbins@cozen.com, ecosden@cozen.com

Peter M. Ryan pryan@cozen.com, kduffy@cozen.com

Thomas J. McCormack tmccormack@chadbourne.com

Marc D Ashley mashley@chadbourne.com

Marcelo Blackburn mblackburn@chadbourne.com
STIP AND [PROP] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS – Page 6
(No. 11-726-RSL)



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Mary K. Blasy mblasy@scott-scott.com, efile@scott-scott.com

Stephen L. Brodsky sbrodsky@zsz.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 3rd day of August, 2012 at Seattle, Washington.

*/s/ Colette Saunders*
Colette Saunders
Legal Assistant

STIP AND [PROP] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT PROGRESS – Page 7
672.01 ng313802
(No. 11-726-RSL)

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888