Hon. Robert S. Lasnik

11-CV-00726-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MOOMJY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE BRIEFING ON MOTIONS TO DISMISS IN LIGHT OF SETTLEMENT IN PRINCIPLE<br><br>**NOTE ON MOTION CALENDAR:** September 14, 2012 |

WHEREAS Defendants in this case filed motions to dismiss (Dkt. Nos. 109, 111, and 115) on February 7, 2012 (the "Motions to Dismiss");

WHEREAS in light of settlement discussions, the parties have stipulated to, and the Court has approved, extensions on the deadlines for Lead Plaintiff's opposition to the Motions to Dismiss and Defendants' replies thereto;

WHEREAS by a stipulation and order dated August 16, 2012, the Court ordered that the deadlines for Lead Plaintiff's opposition to the Motions to Dismiss and Defendants' replies thereto be extended at the parties' request in order to permit them to continue settlement negotiations. Lead Plaintiff's opposition to the Motions to Dismiss and

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT IN PRINCIPLE – Page 1
(No. 11-726-RSL)



YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1  Defendants' replies thereto are now due on September 14, 2012, and October 19, 2012,
2  respectively, and the motions have been re-noted for October 19, 2012 (Dkt. No. 131);
3      WHEREAS the parties believe that they have reached a settlement in principle,
4  Lead Plaintiff has sent draft settlement documents to Defendants, and Defendants will
5  provide Lead Plaintiff with proposed edits to those settlement documents on September 14,
6  2012; and
7      WHEREAS the parties anticipate filing papers related to preliminary approval of the
8  settlement, notice to the class, and the hearing for final approval of the settlement by
9  September 28, 2012;
10      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
11  among the parties, that:
12      1.    The time for Lead Plaintiff to file an opposition to the Motions to Dismiss
13  should be extended from September 14, 2012, to September 28, 2012.
14      2.    The time for HQ Sustainable Maritime Industries, Inc., Norbert Sporns,
15  Jean-Pierre Dallaire, Ladenburg Thalmann & Co. and Roth Capital Partners, LLC to file
16  replies in further support of their Motions to Dismiss should be extended from October 19,
17  2012, until November 2, 2012.
18      3.    The Motions to Dismiss should be re-noted for November 2, 2012.

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT IN PRINCIPLE – Page 2
(No. 11-726-RSL)



YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  DATED: September 14, 2012

2

3  KELLER ROHRBACK L.L.P.

4  /s/ Elizabeth A. Leland
   Lynn Lincoln Sarko, WSBA # 16569
5  Juli E. Farris, WSBA #17593
   Elizabeth A. Leland, WSBA # 23433
6  1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
7  Telephone: (206) 623-1900
   *Liaison Counsel for the Proposed Class*
8

9  COHEN MILSTEIN SELLERS & TOLL PLLC
   Steven J. Toll
10 Julie G. Reiser, WSBA #27485
   1100 New York Avenue, N.W.
11 Suite 500, West Tower
   Washington, D.C. 20005
12 Telephone: (202) 408-4600
   *Lead Counsel for the Proposed Class*
13

14 COZEN O'CONNOR

15 /s/ Michael D. Handler
   Michael D. Handler, WSBA #25654
16 1201 Third Avenue, Suite 5200
   Seattle, WA 98101-3071
17 Telephone: (206) 808-7839

18 Robert Hayes
   Rachel Robbins
19 Peter M. Ryan
   Cozen O'Connor
20 1900 Market Street
   Philadelphia, PA 19103
21 Telephone: (215) 665-2000
   *Counsel for Defendant HQ Sustainable Maritime Industries, Inc.*
22

23

24

25

26

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT IN PRINCIPLE – Page 3
(No. 11-726-RSL)



YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1  YARMUTH WILSDON PLLC

2  /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
3  818 Stewart Street, Suite 1400
Seattle, WA 98101
4  Telephone: (206) 516-3800
5  jroller@yarmuth.com

6  CHADBOURNE & PARKE LLP
Thomas J. McCormack
7  Marc D. Ashley
Marcelo M. Blackburn
8  30 Rockefeller Plaza
New York, NY 10112
9  Telephone:  (212) 408-5100
tmccormack@chadbourne.com
10  mashley@chadbourne.com
mblackburn@chadbourne.com
11  **Counsel for Defendants Norbert Sporns and Jean-Pierre Dallaire**

12  SAVITT BRUCE & WILLEY LLP

13  /s/ James P. Savitt
14  James P. Savitt, WSBA #16847
Miles A. Yanick, WSBA #26603
15  1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
16  jsavitt@jetcitylaw.com
myanick@jetcitylaw.com
17  **Counsel for Defendants Ladenburg Thalmann & Co. and Roth Capital Partners, LLC**

18

19

20

21

22

23

24

25

26

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT IN PRINCIPLE – Page 4
(No. 11-726-RSL)



YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that in light of the parties' progress toward settlement of this action, and to conserve the resources of the parties and the Court, the deadline for the Lead Plaintiff to file an opposition to the pending motions to dismiss the consolidated complaint in this action (Dkt. Nos. 109, 111, and 115) is extended until September 28, 2012. The Defendants shall have until November 2, 2012, to file any replies in further support of their motions to dismiss. The motions to dismiss shall be re-noted for November 2, 2012.

DATED this 19th day of Sept., 2012.

/s/ Robert S. Lasnik
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIP AND [PROP] ORDER EXTENDING TIME TO
FILE BRIEFING ON MOTIONS TO DISMISS IN
LIGHT OF SETTLEMENT IN PRINCIPLE – Page 5
(No. 11-726-RSL)



YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888