THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS, JEAN-PIERRE DALLAIRE, LILLIAN WANG LI, LADENBURG THALMANN & CO. INC. and ROTH CAPITAL PARTNERS, LLC,<br><br>Defendants. | Master Case No. 2:11-cv-00726-RSL<br><br><br>WITHDRAWAL OF APPEARANCE |

Kindly withdraw the appearance of Rachel H. Robbins as counsel on behalf of Defendant HQ Sustainable Maritime Industries, Inc.

Respectfully submitted,

COZEN O'CONNOR

  /s/ Rachel H. Robbins
Rachel H. Robbins, Esq. (*pro hac* admission)
1900 Market Street
Philadelphia, PA  19103
Phone:  (215) 665-2094; Fax:  (215) 665-2013

WITHDRAWAL OF APPEARANCE (Master Case No. 2:11-cv-007260RSL)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

## CERTIFICATE OF SERVICE

I, Rachel H. Robbins, hereby certify that I electronically filed the foregoing Withdrawal of Appearance with the Clerk of the Court for the United States District Court, Western District of Washington at Seattle, by using the appellate CM/ECF system on September 25, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Rachel H. Robbins

PHILADELPHIA\6745874\1 302825.000

WITHDRAWAL OF APPEARANCE (Master Case No. 2:11-cv-007260RSL)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000