# EXHIBIT A-3

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION** |

*TO: ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF HQ SUSTAINABLE MARITIME INDUSTRIES, INC. ('HQSM") BETWEEN MAY 12, 2009 AND APRIL 1, 2011, INCLUSIVE or WHO ACQUIRED COMMON STOCK OR WARRANTS TO PURCHASE COMMON STOCK OF HQSM IN OR TRACEABLE TO OFFERINGS IN JUNE 2009 OR AUGUST 2010 (THE "CLASS").*

　　　　YOU ARE HEREBY NOTIFIED that this Class Action is pending and that a settlement of it for Two Million Seven Hundred Fifty Thousand Dollars ($2,750,000) has been proposed. A hearing will be held before the Honorable Robert S. Lasnik in the United States District Court for the Western District of Washington in Courtroom 15106, 700 Stewart Street, Seattle, Washington, 98101, at __:__ _.m., on _____, 2012 to determine whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (2) Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved; and (3) the claims against Defendants should be dismissed with prejudice.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.  If you have not yet received the full printed Notice of Proposed Settlement of Class Action, Motion for Attorney's Fees and Reimbursement of Expenses and Settlement Fairness Hearing (the "Notice") and Proof of Claim and Release form ("Proof of Claim") you may obtain copies of these documents by contacting:

> HQSM Securities Litigation
> c/o Claims Administrator
> Strategic Claims Services
> 600 North Jackson Street, Suite 3
> Media, PA 19063

or at www.strategicclaims.net.

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to <u>Lead Counsel</u>:

Steven J. Toll, Esq.
Julie G. Reiser, Esq.
S. Douglas Bunch, Esq.
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

To participate in the Settlement, you must submit a Proof of Claim no later than _____, 2012.  As more fully described in the Notice, the deadline for submitting objections to the Settlement and requests for exclusions from the Class is _____, 2012.

Further information may also be obtained by directing your inquiry in writing to the Claims Administrator, Strategic Claims Services, at the address listed above.  Please do not contact the Court.

**By Order of the Court.**

Dated: September _____, 2012

_____
The Honorable Robert S. Lasnik
United States District Court
Western District of Washington

672.01 mi271513