The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF PROPOSED SETTLEMENT CLASS**<br><br>NOTE ON MOTION CALENDAR:<br>October 19, 2012 |

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
(11-726-RSL) – Page 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

Lead Plaintiff Trigon Emerging Agri-Sector Fund ("Lead Plaintiff") hereby moves this Court for entry of an order (i) granting preliminary approval of the proposed Settlement set forth in the Stipulation of Settlement dated September 28, 2012; (ii) certifying the proposed Class for purposes of settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to the Class; and (iv) setting a hearing date for final approval of the Settlement and all its terms and elements, including the proposed Plan of Allocation.  Lead Plaintiff's Counsel have conferred with Defendants' Counsel prior to filing this motion, and Defendants concur with and join in this motion.

This Motion is based upon the Stipulation of Settlement and all exhibits attached thereto; the [Proposed] Order for Notice and Hearing which provides for the preliminary approval of the Settlement and distribution of the Notice; all other pleadings and matters of record; and such additional evidence or argument as may be presented at the hearing.

Because all of the Parties to this action concur in the filing of this motion, they request that the Court approve this motion without a noticed hearing.  Of course, should the Court desire more information, we will provide it immediately.

Accordingly, Lead Plaintiff requests that the Court enter the [Proposed] Order for Notice and Hearing, a copy of which is attached hereto.

DATED this 28th day of September, 2012     KELLER ROHRBACK L.L.P.

*/s/ Elizabeth A. Leland*
Lynn Lincoln Sarko, WSBA # 16569
Juli E. Farris, WSBA # 17593
Elizabeth A. Leland, WSBA # 23433
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
lsarko@kellerrohrback.com
jfarris@kellerrohrback.com
bleland@kellerrohrback.com

***Liaison Counsel for the Proposed Class***

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
(11-726-RSL) – Page 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1
2  COHEN MILSTEIN SELLERS & TOLL PLLC
   Steven J. Toll
3  Julie G. Reiser, WSBA # 27485
   S. Douglas Bunch
4  1100 New York Avenue, N.W.
   Suite 500, West Tower
5  Washington, D.C.  20005
   Telephone:  (202) 408-4600
6  stoll@cohenmilstein.com
   jreiser@cohenmilstein.com
7
8  *Lead Counsel for the Proposed Class*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
(11-726-RSL) – Page 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600


**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Andrea Delgadillo Ostrovsky    aostrovsky@yarmuth.com, sstephens@yarmuth.com

Brian Weinstein (Terminated)    brian@weinsteincouture.com, briandw@comcast.net

Dan Drachler    ddrachler@zsz.com

Elizabeth Ann Leland    bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

Erin Maura Riley    eriley@kellerrohrback.com, chopkins@kellerrohrback.com

James P Savitt    jsavitt@jetcitylaw.com, asayson@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, mgranger@jetcitylaw.com, tcowden@jetcitylaw.com

Jeremy E Roller    jroller@yarmuth.com, smeyer@yarmuth.com

Juli E. Farris    jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Julie Goldsmith Reiser    jreiser@cohenmilstein.com

Karl Phillip Barth    karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Kenneth Lee Karlberg    ken@karlberglaw.com

Lynn Lincoln Sarko    lsarko@kellerrohrback.com, cengle@kellerrohrback.com

Marc D Ashley    mashley@chadbourne.com

Marcelo Blackburn    mblackburn@chadbourne.com

Mary K. Blasy    mblasy@scott-scott.com, efile@scott-scott.com

Michael D Handler    mhandler@cozen.com, mstone@cozen.com

Peter M. Ryan    pryan@cozen.com, kduffy@cozen.com

Robert W Hayes    rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
(11-726-RSL) – Page 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1. Stephen L. Brodsky    sbrodsky@zsz.com
2. Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
3. Steven J Toll    stoll@cohenmilstein.com, efilings@cohenmilstein.com
4. Thomas J. McCormack    tmccormack@chadbourne.com
5. William R Spurr    bill@williamrspurr.com

/s/ Elizabeth A. Leland_____
Elizabeth A. Leland

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
(11-726-RSL) – Page 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600