The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br><u>CLASS ACTION</u><br><br>**PRAECIPE TO CORRECT** |

TO THE CLERK OF THE COURT:

Lead Counsel's Exhibit A-1 (Notice of Proposed Settlement of Class Action, Motion for Attorneys Fees and Reimbursement of Expenses) to the Stipulation of Settlement contains a typographical error at p. 2 wherein the sum of $0.13 was incorrectly noted as $10.13 per share. The sentence should read: "If the amounts are requested and approved by the Court, the average cost per share of common stock will be $0.13. Attached hereto is a corrected Notice. Please replace Exhibit A-1 of the Stipulation of Settlement, with the attached Exhibit.

DATED this 1st day of October, 2012    KELLER ROHRBACK L.L.P.

*/s/ Elizabeth A. Leland*
Lynn Lincoln Sarko, WSBA # 16569
Juli E. Farris, WSBA # 17593

PRAECIPE
(11-726-RSL) – Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Elizabeth A. Leland, WSBA # 23433
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
lsarko@kellerrohrback.com
jfarris@kellerrohrback.com
bleland@kellerrohrback.com

*Liaison Counsel for the Proposed Class*

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Julie G. Reiser, WSBA # 27485
S. Douglas Bunch
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Telephone:  (202) 408-4600
stoll@cohenmilstein.com
jreiser@cohenmilstein.com

*Lead Counsel for the Proposed Class*

PRAECIPE
(11-726-RSL) – Page 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Andrea Delgadillo Ostrovsky    aostrovsky@yarmuth.com, sstephens@yarmuth.com

Brian Weinstein (Terminated)    brian@weinsteincouture.com, briandw@comcast.net

Dan Drachler    ddrachler@zsz.com

Elizabeth Ann Leland    bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

Erin Maura Riley    eriley@kellerrohrback.com, chopkins@kellerrohrback.com

James P Savitt    jsavitt@jetcitylaw.com, asayson@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, mgranger@jetcitylaw.com, tcowden@jetcitylaw.com

Jeremy E Roller    jroller@yarmuth.com, smeyer@yarmuth.com

Juli E. Farris    jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Julie Goldsmith Reiser    jreiser@cohenmilstein.com

Karl Phillip Barth    karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Kenneth Lee Karlberg    ken@karlberglaw.com

Lynn Lincoln Sarko    lsarko@kellerrohrback.com, cengle@kellerrohrback.com

Marc D Ashley    mashley@chadbourne.com

Marcelo Blackburn    mblackburn@chadbourne.com

Mary K. Blasy    mblasy@scott-scott.com, efile@scott-scott.com

Michael D Handler    mhandler@cozen.com, mstone@cozen.com

Peter M. Ryan    pryan@cozen.com, kduffy@cozen.com

Robert W Hayes    rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

PRAECIPE
(11-726-RSL) – Page 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1  Stephen L. Brodsky    sbrodsky@zsz.com

2  Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

3  Steven J Toll    stoll@cohenmilstein.com, efilings@cohenmilstein.com

4  Thomas J. McCormack    tmccormack@chadbourne.com

5

6  William R Spurr    bill@williamrspurr.com

7
　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth A. Leland
8　　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Leland

PRAECIPE
(11-726-RSL) – Page 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600