The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br><u>CLASS ACTION</u><br><br>AMENDMENT TO STIPULATION OF SETTLEMENT |

Pursuant to stipulation by the undersigned, Paragraph 25 of the Stipulation of Settlement dated September 28, 2012 (the "Stipulation") is amended to read as follows:

25. If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (a) first to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants or to pay any late, but otherwise valid and fully documented claims received after the cut-off date used to make the initial distribution, which were not previously authorized by the Court to be paid, provided that

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

such distributions to any late post-distribution claimants meet all of the other criteria for inclusion in the initial distribution; (b) second to pay any additional settlement administration fees and expenses, including those of Lead Counsel as may be approved by the Court; (c) third to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in making this second distribution and if Lead Counsel determines that such second distribution is economically feasible; and (d) finally, to be distributed to the Council of Institutional Investors, a nonprofit, nonpartisan 501(c)(6) association of pension funds and other organizations that advocates sound corporate governance and strong shareholder rights.

DATED this 30th day of October, 2012

COHEN MILSTEIN SELLERS & TOLL PLLC

Steven J. Toll / leal

Steven J. Toll
Julie G. Reiser, WSBA # 27485
S. Douglas Bunch
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com

***Lead Counsel for the Proposed Class***

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko, WSBA # 16569
Juli E. Farris, WSBA # 17593
Elizabeth A. Leland, WSBA # 23433
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
lsarko@kellerrohrback.com
jfarris@kellerrohrback.com
beland@kellerrohrback.com

AMENDMENT TO STIPULATION OF SETTLEMENT
(11-726-RSL) – Page 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

***Liaison Counsel for the Proposed Class***

COZEN O'CONNOR

Michael D. Handler /EAL
Michael D. Handler
1201 Third Avenue, Suite 5200
Seattle, WA 98101-3071
Telephone: (206) 373-7237
mhandler@cozen.com

- and -

COZEN O'CONNOR
Robert Hayes
Rachel Robbins
Peter M. Ryan
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
rhayes@cozen.com
rrobbins@cozen.com
pryan@cozen.com

***Counsel for Defendant HQ Sustainable Maritime Industries, Inc.***

YARMUTH WILSDON PLLC

Jeremy E. Roller/EAL
Jeremy E. Roller, WSBA # 32021
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
jroller@yarmuth.com

CHADBOURNE & PARKE LLP
Thomas J. McCormack
Marc D. Ashley
Marcelo M. Blackburn
30 Rockefeller Plaza

AMENDMENT TO STIPULATION OF SETTLEMENT
(11-726-RSL) -- Page 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

New York, NY 10112
Telephone: (212) 408-5100
tmccormack@chadbourne.com
mashley@chadbourne.com
mblackburn@chadbourne.com

***Counsel for Defendants Norbert Sporns, Jean-Pierre Dallaire, and Lillian Wang Li***

SAVITT BRUCE & WILLEY LLP

James P. Savitt / EAL

James P. Savitt, WSBA # 16847
Miles A. Yanick, WSBA # 26603
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
jsavitt@jetcitylaw.com
myanick@jetcitylaw.com

***Counsel for Defendants Ladenburg Thalmann & Co. and Roth Capital Partners, LLC***

AMENDMENT TO STIPULATION OF SETTLEMENT
(11-726-RSL) – Page 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Andrea Delgadillo Ostrovsky aostrovsky@yarmuth.com, sstephens@yarmuth.com

Brian Weinstein (Terminated) brian@weinsteincouture.com, briandw@comcast.net

Dan Drachler ddrachler@zsz.com

Elizabeth Ann Leland bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

Erin Maura Riley eriley@kellerrohrback.com, chopkins@kellerrohrback.com

James P Savitt jsavitt@jetcitylaw.com, asayson@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, mgranger@jetcitylaw.com, tcowden@jetcitylaw.com

Jeremy E Roller jroller@yarmuth.com, smeyer@yarmuth.com

Juli E. Farris jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Karl Phillip Barth karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Kenneth Lee Karlberg ken@karlberglaw.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com, cengle@kellerrohrback.com

Marc D Ashley mashley@chadbourne.com

Marcelo Blackburn mblackburn@chadbourne.com

Mary K. Blasy mblasy@scott-scott.com, efile@scott-scott.com

Michael D Handler mhandler@cozen.com, mstone@cozen.com

Peter M. Ryan pryan@cozen.com, kduffy@cozen.com

Robert W Hayes rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

AMENDMENT TO STIPULATION OF SETTLEMENT
(11-726-RSL) – Page 5

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

Stephen L. Brodsky sbrodsky@zsz.com

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

Thomas J. McCormack tmccormack@chadbourne.com

William R Spurr bill@williamrspurr.com

/s/ Elizabeth A. Leland________________
Elizabeth A. Leland

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600