UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, *individually and on behalf of all others similarly situated,* | |
| Plaintiff(s), | No. C11-726RSL |
| vs. | MINUTE ORDER |
| HQ SUSTAINABLE MARITIME INDUSTRIES, INC., *et al.* | |
| Defendant(s). | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The Settlement Fairness Hearing has been rescheduled from Thursday, January 31, 2013 to **Thursday, March 21, 2013 at 10:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 20th day of November, 2012.

                                    s/Kerry Simonds
                                    by Kerry Simonds, Deputy Clerk
                                    To Robert S. Lasnik, Judge
                                    206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER