Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE,<br><br>Defendants. | NO. 2:11-cv-00726 RSL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

Andrea D. Ostrovsky hereby withdraws her appearance in the above-captioned matter and requests that (a) her name be removed from any applicable service lists herein and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to aostrovsky@yarmuth.com and andreao@calfoharrigan.com in the above-captioned case.

///

///

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(11-cv-00726 RSL)

DATED this 5th day of December, 2012.

          CALFO HARRIGAN LEYH & EAKES LLP

By /s/ Andrea D. Ostrovsky
   Andrea D. Ostrovsky, WSBA #37749
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Tel:  (206) 623-1700
   Fax:  (206) 623-8717
   Email:  andreao@calfoharrigan.com

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(11-cv-00726 RSL)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Marc D. Ashley<br>mashley@chadbourne.com | Elizabeth A. Leland<br>bleland@kellerrohrback.com |
| Karl P. Barth<br>karlb@hbsslaw.com | Thomas J. McCormack<br>tmccormack@chadbourne.com |
| Steve W. Berman<br>steve@hbsslaw.com | Julie Goldsmith Reiser<br>jreiser@cohenmilstein.com |
| Marcelo Blackburn<br>mblackburn@chadbourne.com | Erin M. Riley<br>eriley@kellerrohrback.com |
| Mary K. Blasy<br>mblasy@scott-scott.com | Jeremy E .Roller<br>jroller@yarmuth.com |
| Stephen L. Brodsky<br>sbrodsky@zsz.com | Peter M. Ryan<br>pryan@cozen.com |
| Dan Drachler<br>ddrachler@zsz.com | Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com |
| Juli E. Farris<br>jfarris@KellerRohrback.com | James P. Savitt<br>jsavitt@jetcitylaw.com |
| Michael D. Handler<br>mhandler@cozen.com | William R. Spurr<br>bill@williamrspurr.com |
| Robert W. Hayes<br>rhayes@cozen.com | Steven J. Toll<br>stoll@cohenmilstein.com |
| Kenneth L. Karlberg<br>ken@karlberglaw.com | Brian Weinstein<br>brian@weinsteincouture.com |

CALFO HARRIGAN LEYH & EAKES LLP

By */s/ Andrea D. Ostrovsky*
   Andrea D. Ostrovsky, WSBA #37749
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Tel:  (206) 623-1700
   Fax:  (206) 623-8717
   Email:  andreao@calfoharrigan.com

NOTICE OF WITHDRAWAL OF COUNSEL - 3
(11-cv-00726 RSL)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717