The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>**ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS** |

This matter comes before the Court on the request of Lead Plaintiff Trigon Emerging Agri-Sector Fund for permission to file two over-length briefs of up to 24 pages each in support of: 1) Lead Plaintiff's Motion for Final Approval of Settlement and the Plan of Allocation of Settlement Proceeds; and 2) Lead Plaintiff's Application for Award of Attorneys' Fees and Reimbursement of Expenses.

IT IS HEREBY ORDERED that Lead Plaintiff's motion to file two over-length briefs of up to 24 pages each in support of: 1) Lead Plaintiff's Motion for Final Approval of Settlement and the Plan of Allocation of Settlement Proceeds; and 2) Lead Plaintiff's Application for Award of Attorneys' Fees and Reimbursement of Expenses is GRANTED.

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVER-LENGTH BRIEFS
(11-726-RSL) – Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1

2  SIGNED this 28th day of February, 2013.

3

4

5                                    _____
                                     Robert S. Lasnik
6                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR NOTICE AND HEARING

(11-726-RSL) – Page 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600