The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS and JEAN-PIERRE DALLAIRE, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00726-RSL<br><br>CLASS ACTION<br><br>**RESPONSE TO THE OBJECTION OF MARK P. HANSON**<br><br>NOTE ON MOTION CALENDAR:<br>March 21, 2013 at 10:30 a.m.<br><br>ORAL ARGUMENT REQUESTED |

RESPONSE TO THE OBJECTION OF MARK P. HANSON (11-726-RSL)

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

Lead Plaintiff Trigon Emerging Agri-Sector Fund (the "Trigon Fund" or "Lead Plaintiff") hereby responds to an objection to the Settlement[1] received from Mark P. Hanson, dated March 5, 2013 ("the "Objection") (Dkt. No. 150).

Mr. Hanson filed an objection to the Settlement because 1) he "believe[s] a clear case of fraud can be made against the Defendants, in particular Norbert Sporns"; and 2) "the amount of the [S]ettlement is insufficient to adequately compensate for the losses incurred by individuals like me." As set forth below, Lead Counsel has thoroughly reviewed the materials that Mr. Hanson submitted and also spoke with him on March 12, 2013 regarding his concerns. By the end of that call, Mr. Hanson stated that he appreciated hearing Lead Counsel's explanation of why Lead Plaintiff agreed to the Settlement, and further stated that if Lead Plaintiff, who possessed the largest financial interest in the action, did not object to the Settlement, then he would not object to it either.

Nevertheless, Lead Plaintiff feels compelled to respond to Mr. Hanson's objection. First, as a factual matter, Mr. Hanson relies on sources for his objection that Lead Counsel consulted prior to filing the Amended Complaint (Dkt. No. 93). *See*, *e.g.*, Amended Complaint at ¶¶ 15, 94-96, 137-38 (HQSM's 3Q 2010 Form 10-Q and information obtained from CW-2). Mr. Hanson's submission alters neither Lead Counsel's nor Lead Plaintiff's view of the strength of the action. Second, as a legal matter, and of critical importance, Mr. Hanson's "facts" provide no evidence that Defendants could withstand a greater judgment. As explained at length in the Declaration of Julie G. Reiser in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (2) Lead Plaintiff's Application for Award of Attorneys' Fees and Reimbursement of Expenses ("Reiser Decl.") (Dkt. No. 149), Lead Plaintiff has evidence of the opposite, namely that if Defendants were compelled to contribute a greater amount, the Settlement could not have been achieved and Class Members would receive

---

[1] Mr. Hanson has not objected to the Plan of Allocation or to Plaintiff's Counsel's application for an award of attorneys' fees and reimbursement of expenses.

RESPONSE TO THE OBJECTION OF MARK P. HANSON (11-726-RSL) – Page 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600

1  nothing.  Indeed, Defendants ultimately contributed *nothing* to the Settlement, even after they
2  had voluntarily agreed to contribute; rather, the Settlement was funded entirely by HQSM's
3  insurers and its directors' and officers' insurers.  Reiser Decl. ¶¶ 13-14.  To be clear: if
4  Defendants' insurers were unable to extract the modest amount from the Company that it had
5  voluntarily agreed to contribute to the Settlement, it stands to reason that Lead Counsel could not
6  extract a greater amount in Settlement – nor is it likely that a greater amount could be collected
7  from a Company that appears to be non-existent after trial and appeals.  The fact that HQSM has
8  been delisted from the New York Stock Exchange, has not made filings with the SEC since
9  2011, and no longer has business operations in the United States all support the conclusion that it
10 lacks liquidity.  In sum, there is no evidence that the Company could contribute *any* amount to a
11 Settlement, much less an amount greater than the Parties negotiated.

12 Lead Plaintiff appreciates, and shares, Mr. Hanson's concerns regarding the magnitude of
13 the losses incurred by HQSM's shareholders.  Nevertheless, for the reasons set forth in this
14 Response as well as in Lead Plaintiff's prior submissions to the Court, Lead Plaintiff respectfully
15 submits that the Court should grant final approval of the Settlement.

17 Dated:  March 14, 2013                    KELLER ROHRBACK L.L.P.

    */s/ Elizabeth A. Leland*
    Lynn Lincoln Sarko, WSBA # 16569
    Juli E. Farris, WSBA # 17593
    Elizabeth A. Leland, WSBA # 23433
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101-3052
    Telephone:  (206) 623-1900
    lsarko@kellerrohrback.com
    jfarris@kellerrohrback.com
    eleland@kellerrohrback.com

    ***Liaison Counsel for Lead Plaintiff and the Class***

RESPONSE TO THE OBJECTION OF MARK P. HANSON (11-726-RSL) – Page 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

1
2
3
4
5
6
7
8

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll
Julie G. Reiser, WSBA # 27485
S. Douglas Bunch
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Telephone:  (202) 408-4600
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com

*Lead Counsel for the Class*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

RESPONSE TO THE OBJECTION OF MARK P. HANSON (11-726-RSL) – Page 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC  20005
TELEPHONE: (202) 408-4600

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF participants:

Brian Weinstein (Terminated)     brian@weinsteincouture.com, briandw@comcast.net

Dan Drachler     ddrachler@zsz.com

Elizabeth Ann Leland     bleland@kellerrohrback.com, dwilcher@kellerrohrback.com

Erin Maura Riley     eriley@kellerrohrback.com, chopkins@kellerrohrback.com

James P Savitt     jsavitt@jetcitylaw.com, asayson@jetcitylaw.com, dcolvin@jetcitylaw.com, dpeters@jetcitylaw.com, mgranger@jetcitylaw.com, tcowden@jetcitylaw.com

Jeremy E Roller     jroller@yarmuth.com, smeyer@yarmuth.com

Juli E. Farris     jfarris@KellerRohrback.com, lbachmann@kellerrohrback.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Karl Phillip Barth     karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Kenneth Lee Karlberg     ken@karlberglaw.com

Lynn Lincoln Sarko     lsarko@kellerrohrback.com, cengle@kellerrohrback.com

Marc D Ashley     mashley@chadbourne.com

Marcelo Blackburn     mblackburn@chadbourne.com

Mary K. Blasy     mblasy@scott-scott.com, efile@scott-scott.com

Michael D Handler     mhandler@cozen.com, mstone@cozen.com

Peter M. Ryan     pryan@cozen.com, kduffy@cozen.com

Robert W Hayes     rhayes@cozen.com, egomez@cozen.com, sgerhard@cozen.com

Stephen L. Brodsky     sbrodsky@zsz.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

Thomas J. McCormack     tmccormack@chadbourne.com

William R Spurr     bill@williamrspurr.com

/s/ Elizabeth A. Leland
Elizabeth A. Leland

RESPONSE TO THE OBJECTION OF MARK P. HANSON (11-726-RSL) – Page 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LAW OFFICES OF
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 NEW YORK AVENUE, N.W.
SUITE 500, WEST TOWER
WASHINGTON, DC 20005
TELEPHONE: (202) 408-4600