THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MOOMJY, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>HQ SUSTAINABLE MARITIME INDUSTRIES, INC., NORBERT SPORNS, AND JEAN-PIERRE DALLAIRE, *et al.*,<br><br>        Defendants. | Case No. 2:11-cv-00726-RSL<br><br>**DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES, INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE HANSON**<br><br>**<u>NOTE ON MOTION CALENDAR</u>: MARCH 21, 2013 AT 10:30 AM**<br>**ORAL ARGUMENT REQUESTED** |

   Mark Pierce Hanson has filed an Objection to the settlement of the above-referenced putative class action [Dkt #150] claiming that a "clear case of fraud" exists against Defendant HQ Sustainable Maritime Industries, Inc. ("HQS") and that, therefore, the amount of settlement is insufficient (hereinafter referred to as "Hanson Objections").  HQS hereby responds.  The fraud that Mr. Hanson alleges is statements allegedly made to investors as to the amounts expended to acquire or expand a fry processing facility and value added facilities.  Of course, a single objection should not, under any circumstances, be the basis upon which a settlement, negotiated by lead counsel after months of negotiation and with the assistance of a well-respected mediator, should be rejected.  *See Stoetzner v. U.S. Steel Corp.*, 897 F.2d 115

DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES, INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE HANSON - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1469589\1 283570.000

1  (3d Cir. 1990) (noting that 10% objection rate "strongly favors settlement").  Further, based
2  upon Lead Plaintiff's response to Mr. Hanson's Objection [Dkt #151], the Hanson Objections
3  appear to have been resolved.  HQS nevertheless submits this response to address the
4  substance of Mr. Hanson's assertions because they are baseless.  It does so to the extent
5  Mr. Hanson's assertions in any manner gave the Court pause and, perhaps more importantly, to
6  
7  highlight that HQS vigorously disputed the claims asserted, which further demonstrates the
8  fairness and reasonableness of the settlement.  Simply stated, HQS constructed an operational
9  fry processing facility, obtained a value added facility for the United States market and
10 obtained the land for and began the renovations to construct a value added facility.

   Contrary to the Hanson Objections, HQS acquired and operated a fry breeding facility
in China.  Mr. Hanson alleges that the fry breeding facility "was never actually constructed nor
placed in operation" and that HQS made false or misleading statements regarding the facilities
and the need for capital to grow and operate these businesses. (Hanson Objections at p. 1).  In
fact, in accord with its plans for future operations, HQS acquired, constructed, and operated a
fry breeding facility as asserted in the SEC filings and HQS statements cited by Mr. Hanson.
Photographs taken in January 2010 show the signage and gated entrance to the facility, both of
which reflect an HQS breeding operation.  (*See* Exhibit A (signage); Exhibit B (gated
entrance)).  Fry breeding ponds shown in Exhibit C were operational, with a planned
expansion for research and development around selective breeding.  These photographs are
consistent with the statements by HQS and cited in the Hanson Objections that the fry breeding
facility was built and in operation in 2010, and that planned expansions were necessary and
intended upon the acquisition of additional capital.

DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES,
INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE
HANSON - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1469589\1 283570.000

Additionally, Kevin Fitzsimmons, Ph. D., visited the fry breeding facility in May 2011 in his capacity as an independent member of the HQS Board.  His notes reflect that the facility was operational, that it had expanded since 2010, and that additional outlays might be needed to keep it operating at its highest capacity. During his visit, Dr. Fitzsimmons spoke with hatchery managers, contract farmers, feed mill staff, and others regarding the operation of the fry breeding facility.  Dr. Fitzsimmons recommended various changes to the breeding operations, including expansions and/or changes in construction to increase cost-efficiency and production at the hatchery.

In 2010, HQS took a number of steps to grow its business using value-added production means in China and America.  In the American market, HQS acquired 49% of the SOJO Foods, LLC operation in Sumner, Washington.  (*See* Homepage of Sojo Foods, www.sojofoods.com, attached hereto as Exhibit D).  In China, consistent with the statements cited by Mr. Hanson, HQS purchased land adjacent to the existing tilapia processing facilities.  Attached photographs reflect billboards showing one of the planned designs for the value-added Chinese production facilities installed at the leased property location.  (*See* Exhibit E).  Additional photographs show existing structures within that leased property where HQS intended to build.  (*See* Exhibit F).  Mr. Hanson challenges the funds expended as to the value-added production facility but ignores that, as with the tilapia facility, the property was owned by and leased from the military land rather than purchased outright.  HQS considered numerous designs and layouts given plans to add new technology to the facility, including that shown in Exhibit E.

DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES, INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE HANSON - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1469589\1 283570.000

While the value added projects may not have been completed, this was because HQS was forced to revise its plans.  A change in plans is not fraud.  HQS's disclosures of its plans for the ongoing development of these facilities are plainly non-actionable forward looking statements that were characterized as such.  *See* 15 U.S.C. § 77z(2)(i)(1) (defining safe-harbor statements).

DATED this 18th day of March, 2013.

COZEN O'CONNOR

By: */s/ Michael D. Handler*
Michael D. Handler, WSBA No. 25654

Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, Washington  98101
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
Email:  mhandler@cozen.com

Robert W. Hayes, Esq. (pro hac admission)
1900 Market Street
Philadelphia, PA  19103
Phone:  215-665-2094
Fax:  215-665-2013
Email: rhayes@cozen.com

Attorneys for Defendant HQ Sustainable Maritime Industries, Inc.

DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES, INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE HANSON - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1469589\1 283570.000

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dan Drachler: | ddrachler@zsz.com |
| Elizabeth Ann Leland: | bleland@kellerrohrback.com; dwilcher@kellerrohrback.com |
| Erin Maura Riley: | eriley@kellerrohrback.com; chopkins@kellerrohrback.com |
| James P. Savitt: | jsavitt@jetcitylaw.com; asayson@jetcitylaw.com; dcolvin@jetcitylaw.com; dpeters@jetcitylaw.com; mgranger@jetcitylaw.com; tcowden@jetcitylaw.com |
| Jeremy E. Roller: | jroller@yarmuth.com; smeyer@yarmuth.com |
| Juli E. Farris: | jfarris@kellerrohrback.com; lbachman@kellerrohrback.com |
| Julie Goldsmith Reiser: | jreiser@cohenmilstein.com |
| Karl Phillip Barth: | karlb@hbsslaw.com; dawn@hbsslaw.com; shelby@hbsslaw.com |
| Kenneth Lee Karlberg: | ken@karlberglaw.com |
| Lynn Lincoln Sarko: | lsarko@kellerrohrback.com; cengle@kellerrohrback.om |
| Marc D. Ashley: | mashley@chadbourne.com |
| Marcelo Blackburn: | mblackburn@chadbourne.com |
| Mary K. Blasy: | mblasy@scott-scott.com; e-file@scott-scott.com |
| Peter M. Ryan: | pryan@cozen.com; kduffy@cozen.com |
| Stephen L. Brodsky: | sbroadsky@zsz.com |
| Steve W. Berman: | steve@hbsslaw.com; heatherw@hbsslaw.com; robert@hbsslaw.com |

DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES, INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE HANSON - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1469589\1 283570.000

| | |
|---|---|
| Steven J. Toll: | stoll@cohenmilstein.com; efilings@cohenmilstein.com |
| Thomas J. McCormack: | tmccormack@chadbourne.com |
| William R. Spurr: | bill@williamspurr.com |

I hereby further certify that on March 18, 2013, I sent via UPS Overnight Mail a paper copy of the foregoing to the following:

Mark Pierce Hanson
600 North Fairbanks Court #2403
Chicago, IL 60611

*/s/ Michael D. Handler*
MICHAEL D. HANDLER

DEFENDANT HQ SUSTAINABLE MARITIME INDUSTRIES, INC.'S RESPONSE TO OBJECTIONS OF MARK PIERCE HANSON - 6

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1469589\1 283570.000